IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                              CASE NO. 70-CR-00009

JOHNNIE TASBY                                                               DEFENDANT

### ORDER

Before the Court is Defendant's Motion for Expunction or Withdrawal of USMS Detainer Warrant. (ECF No. 37). Defendant seeks to have the United States Marshals Service remove the detainer warrant against him from their files. The government has filed a response to Defendant's motion stating that the United States Marshals Service removed Defendant's detainer warrant on March 23, 2012. Because Defendant's request has been satisfied, Defendant's motion should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 11th day of April, 2013.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge